# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01974-BNB

RANDY D. TALLENT,

    Plaintiff,

v.

LARIMER COUNTY DETENTION CENTER, et al.,
SHERIFF JIM ALDERDEN,
OFFICER E. McDOWELL, Badge #00728,
OFFICER J. COLKINS, Badge #02006,
OFFICER T. COLVIN #98040,
OFFICER SANKS,
DEPUTY NAIL,
DEPUTY McCOSH,
SGT. DEPUTY VAN FLEETS,
CPL DEPUTY BLELENGER,
DEPUTY MARTIN,
DEPUTY SCHLEGAL, and
DEPUTY ROMERO,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 24 2008

GREGORY C. LANGHAM
               CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

On October 22, 2008, Plaintiff submitted to the Court a Motion Requesting Order, (Doc. No.13). The Motion is denied as premature.

Dated: October 24, 2008

Copies of this Minute Order mailed on October 24, 2008, to the following:

Randy D. Tallent
Prisoner No. 0700435
Larimer County Det. Center
2405 Midpoint Drive
Fort Collins, CO 80525

               Secretary/Deputy Clerk