# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01974-BNB

RANDY D. TALLENT,
      Plaintiff,

v.

LARIMER COUNTY DETENTION CENTER, et al.,
SHERIFF JIM ALDERDEN,
OFFICER E. McDOWELL, Badge #00728,
OFFICER J. COLKINS, Badge #02006,
OFFICER T. COLVIN #98040,
OFFICER SANKS,
DEPUTY NAIL,
DEPUTY McCOSH,
SGT. DEPUTY VAN FLEETS,
CPL DEPUTY BLELENGER,
DEPUTY MARTIN,
DEPUTY SCHLEGAL, and
DEPUTY ROMERO,
      Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC -2 2008

GREGORY C. LANGHAM
CLERK

---

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

On November 13, 2008, Plaintiff submitted to the Court a pleading titled, "Motion Regarding Order," (Doc. No.18). The pleading is not a motion, it is a response to the Court's order instructing Plaintiff either to pay an initial partial filing fee or to file a current certified copy of his account statement. Plaintiff also filed a request for appointment of counsel, (Doc. No. 20), on November 18, 2008. The request is DENIED as premature.

Dated: December 2, 2008
Copies of this Minute Order mailed on December 2, 2008, to the following:

Randy Tallent
Larimer County Det. Facility
2405 Midpoint Drive
Fort Collins, CO 80525

_____
Secretary/Deputy Clerk