IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01974-BNB

RANDY D. TALLENT,

    Plaintiff,

v.

LARIMER COUNTY DETENTION CENTER,
SHERIFF JIM ALDERDEN,
DEPUTY E. McDOWELL,
DEPUTY J. COLKINS,
DEPUTY T. COLVIN,
DEPUTY SANKS,
DEPUTY NAIL,
DEPUTY LT. McCASH,
DEPUTY CPL. HARDEKER,
DEPUTY SGT. VAN FLEETS,
DEPUTY MARTIN,
DEPUTY SCHLEGAL, and
DEPUTY ROMERO,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 1 8 2009

GREGORY C. LANGHAM
                  CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    On February 13, 2009, Plaintiff submitted three motions (Docs. 28, 29, and 30) to the Court. In one of the motions, he requests an extension of time to respond to the January 8, 2009, Minute Order that instructs the Clerk of the Court to send a copy of the December 22, 2008, Order of Dismissal and Judgment to Plaintiff. In another of the motions, he asks the Court to preserve all evidence in the instant case. The instant action was dismissed on December 22, 2008. Plaintiff's Motion for Extension of Time on Rebuttal and his Motion to Preserve Evidence (Docs. 29 and 30) are inappropriate and will be disregarded by the Court.

As for Plaintiff's Motion for Status Report (Doc. 28), the Motion is granted, and the Clerk of the Court is directed to send to Plaintiff a copy of the Docket in the instant action.

Dated: February 18, 2009

Copies of this Minute Order and the Docket in the instant action were mailed on February 18, 2009, to the following:

Randy D. Tallent
Reg No. 107104
Buena Vista Corr. Facility
PO Box 2017
Buena Vista, CO 81211

Secretary/Deputy Clerk